UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>O'HARA,<br><br>        Defendant. | Case No.  14-cv-05646-HSG<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/5/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge